**Electronically Filed
Supreme Court
SCPW-21-0000161
14-APR-2021
02:06 PM
Dkt. 10 ODMR**

SCPW-21-0000161

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE FRANCIS P. GRANDINETTI, Petitioner.

---

ORIGINAL PROCEEDING
(CASE NO. 3PC930000141)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Francis P. Grandinetti's motion for reconsideration, filed on April 9, 2021, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, April 14, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

